| | | | |
|---|---|---|---|
| In re Adoption of S.R.S.; Appeal of S.A.S. ............................... | 1256 WDA 2016 Affirmed | 02/06/2017 | 68 of 2015 (Westmoreland) |
| In re Adoption of S.R.S.; Appeal of D.S. | 1257 WDA 2016 Affirmed | 02/06/2017 | 68–2015 (Westmoreland) |
| Com. v. Lang ......................... | 2548 EDA 2014 Vacated and Remanded | 02/07/2017 | CP–51–CR–0013616–2012 (Philadelphia) |
| Com. v. Fulton ........................ | 2326 EDA 2015 Affirmed | 02/07/2017 | CP–51–CR–0009044–2009 (Philadelphia) |
| Com. v. Lucas ........................ | 2531 EDA 2015 Affirmed | 02/07/2017 | CP–51–CR–0011665–2013 (Philadelphia) |
| Com. v. Miller ........................ | 2650 EDA 2015 Affirmed | 02/07/2017 | CP–51–CR–0907901–1984 (Philadelphia) |
| Com. v. Quiles ........................ | 3347 EDA 2015 Affirmed | 02/07/2017 | CP–51–CR–0003534–2009 (Philadelphia) |
| Com. v. Nichols ....................... | 3647 EDA 2015 Affirmed and Vacated | 02/07/2017 | CP–51–CR–0008876–2012 (Philadelphia) |
| Com. v. Retzler ....................... | 202 EDA 2016 Appeal dismissed | 02/07/2017 | CP–09–MD–0001861–2015 (Bucks) |
| Com. v. Sutton ........................ | 293 EDA 2016 Affirmed Application to Withdraw as Counsel Granted | 02/07/2017 | CP–51–CR–0001025–2015 (Philadelphia) |
| Com. v. Harris ........................ | 689 EDA 2016 Affirmed | 02/07/2017 | CP–51–CR–0004135–2012 (Philadelphia) |
| Com. v. Wanamaker ................... | 819 EDA 2016 Affirmed and Vacated | 02/07/2017 | CP–51–CR–0010007–2011 (Philadelphia) |
| Com. v. Anderson ..................... | 1329 EDA 2016 Affirmed | 02/07/2017 | CP–15–CR0000334–2015 (Chester) |
| In the Interest of: S.S. ................. | 2823 EDA 2016 Affirmed | 02/07/2017 | CP–51–DP–0001435–2016 (Philadelphia) |
| Com. v. Huddleston ................... | 25 MDA 2016 Affirmed | 02/07/2017 | CP–14–CR–0001994–1999 (Centre) |
| Com. v. Lee ......................... | 464 WDA 2015 Reversed and Remanded | 02/07/2017 | CP–43–CR–0000967–2014 (Mercer) |
| In the Interest of B.G.; Appeal of CYF .. | 1596 WDA 2015 Affirmed | 02/07/2017 | CP–02–DP–0000797–2015 (Allegheny) |